IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA       )
                               )
v.                             )
                               )
FRANKY LEE JACKSON, JR.,       )       CASE NO. CR408-229
                               )
          Defendant.           )
                               )

## O R D E R

The Court, <u>sua sponte</u>, has determined that a continuance of this case, with respect to the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, is warranted. Therefore, this case is **CONTINUED** for **thirty (30) days**. The Government shall have until **March 17, 2009** to bring Defendant to trial.

A defendant is to be tried by the date set under the Speedy Trial Act unless the court grants a continuance. A continuance is permitted if "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). The statute gives factors that the court should consider along with other unenumerated factors. See <u>id.</u> § 3161(h)(8)(B).

In this case, the Parties informed the Court at a pretrial conference that they were attempting to enlist Defendant in the armed forces. The Government stated that if Defendant was able to enlist, it intended to dismiss the indictment. In light of

these efforts, the Parties asked this Court to refrain from setting a date for trial at that time. The Parties have not updated the Court concerning this matter, and, under the Speedy Trial Act, Defendant must be tried by February 15, 2009.

After careful consideration, the Court finds that the ends of justice are served by continuing this case for an additional thirty days. In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(8)(B), along with the best interests of both the public and Defendant in reaching a solution that results in Defendant being a productive member of society rather than a federal inmate. Based on these factors, the Court finds that allowing additional time for this matter to be concluded to the satisfaction of both Parties outweighs the best interests of the public and Defendant in a speedy trial.

Accordingly, this case is **CONTINUED** for **thirty (30) days**. The Government shall have until **March 17, 2009** to bring Defendant to trial.

SO ORDERED this _13th_ day of February, 2009.


WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA