UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR -6 PM 3: 25

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT NO. CR 408-229 |
| v. | ) | |
| | ) | VIO: |
| FRANKY LEE JACKSON, JR. | ) | 26 U.S.C. §5861(d) |
| | ) | Possession of Unregistered Short-Barreled |
| | ) | Shotgun |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE this Indictment. The government shows that the defendant has chosen to enlist in the armed forces, and considering the totality of the circumstances, the government has determined that further proceedings against him at this time would not be in the interests of justice.

Respectfully submitted,

/s/ Edmund A. Booth, Jr.

Edmund A. Booth, Jr.
United States Attorney

/s/ Darrin L. McCullough
Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice..

SO ORDERED, this 6th day of March, 2009.

William T. Moore, Jr.
Chief Judge, United States District Court
Southern District of Georgia